U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 21 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DEBBIE SMITH** **PLAINTIFF**

**v.** **Civil Action No. 06-3049**

**McCALL AMUSEMENTS, INC.,**
**d/b/a FUN SPOT** **DEFENDANT**

**NOTICE OF REMOVAL**

COMES NOW the removing party, McCall Amusements, Inc. d/b/a Fun Spot, by and through its attorney, and for its Notice of Removal, states as follows:

1. Removing party is the Defendant in the above-entitled action.

2. On June 19, 2006, the above-entitled action was commenced against the removing in the Circuit Court of Carroll County, Arkansas, Eureka Springs Division, and is now pending therein.

3. On July 28, 2006, removing party was served with a Summons and Complaint in the above-entitled action by certified mail.

4. No further proceedings have been made herein in the Circuit Court of Carroll County, Arkansas, Eureka Springs Division.

5. The above-entitled action wholly involves citizens of different states in that at the time of commencement of this action in the Circuit Court of Carroll County, Arkansas, Eureka Springs Division, and since that time, Plaintiff was and still is a citizen and resident of Crawford County, Arkansas; and Defendant was, and still is, a corporation, duly incorporated and authorized to do business in the State of Missouri, with its principal place of business in Ozark, Missouri.

6. The amount in controversy, exclusive of interests and costs, is in excess of $75,000.00 as more fully appears in the prayer for relief in Plaintiff's Complaint, a copy of which is attached hereto as Exhibit A and made a part hereof.

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332, and since McCall Amusements, Inc. d/b/a Fun Spot is not a citizen or resident of the State of Arkansas, wherein the above action is pending, removal of this action to this Court is proper, pursuant to 28 U.S.C. §1441(a).

8. This Notice is filed with this Court within 30 days after service on removing party of the Summons and Complaint in the above-entitled action.

WHEREFORE, the removing party, McCall Amusements, Inc. d/b/a Fun Spot, prays that the above-entitled action be removed from the Circuit Court of Carroll County, Arkansas, Eureka Springs Division, to the District Court of the United States, Western District of Arkansas, Harrison Division.

Respectfully submitted,

SMITH, MAURRAS, COHEN, REDD &
HORAN, PLC
1120 Garrison Avenue, Suite 200
P.O. Box 10205
Fort Smith, AR 72917-0205
(479) 782-1001

By: ____________________
R. Scott Zuerker
Ark. Bar No. 94129

## CERTIFICATE OF SERVICE

I, R. Scott Zuerker, do hereby certify that a true and correct copy of the foregoing pleading was served by U.S. mail on this 17th day of August, 2006 to:

Mr. David Borland
Nolan, Caddell & Reynolds, P.A.
P.O. Box 184
Fort Smith, AR 72902

R. Scott Zuerker

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
CIVIL DIVISION

# SUMMONS

CASE NO.: CV-2006-62

**PLAINTIFF(S):**

Debbie Smith

**PLAINTIFF'S ATTORNEY:**

David Borland, Esq.
NOLAN, CADDELL & REYNOLDS, P.A.
P.O. Box 184
Fort Smith, AR 72902

**DEFENDANT(S):**

McCall Amusements, Inc. d/b/a
Fun Spot

**DEFENDANT'S ADDRESS:**

Registered Agent:
John Langham
3305 South 53rd Street
Fort Smith, AR 72903

**THE STATE OF ARKANSAS TO:** REGISTERED AGENT, JOHN LANGHAM

# NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.
2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:
   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
   B. It must be filed in the court clerk's office within TWENTY (20) days from the day you were served with this summons; OR within THIRTY (30) days if you are a non-resident of this state or a person incarcerated in any jail, penitentiary, or other correctional facility in this state
3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

Additional notices: Complaint
Summons

WITNESS my hand and the seal of the court this date June 19, 2006

Address of Clerk's office:
~~Sebastian County Circuit Court Clerk~~
~~P.O. Box 1179~~
~~Fort Smith, AR 72902~~
Carroll County Circuit Court Clerk
P.O. Box 109
Eureka Springs, AR 72632

(Seal)

Ramona Wilson
~~NANCY BREWER~~, Circuit Clerk

By: Sheryl Ruff
Deputy Clerk

COPY

p. 3

Aug 03 06 10:58

FILED
Ramona Wilson
JUN 19 2006
CIRCUIT CLERK
CARROLL COUNTY
WESTERN DISTRICT

**IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS**
**CIVIL DIVISION**

**DEBBIE SMITH** **PLAINTIFF**

**V.** **NO. CV-2006-** 62

**MCCALL AMUSEMENTS, INC., d/b/a**
**FUN SPOT** **DEFENDANT**

**COMPLAINT**

COMES NOW Plaintiff, Debbie Smith, by and through her attorney David L. Borland of Nolan, Caddell & Reynolds, P.A., and for her claim against Defendant alleges and states:

1. That Plaintiff at the time of the incident was a citizen and resident of Cedarville, Crawford County, Arkansas and has been at all times relevant herein.

2. The accident complained of herein occurred in Carroll County, Arkansas. This Court has subject matter jurisdiction over the cause herein and personal jurisdiction over the parties hereto and that venue is proper.

3. McCall Amusements, Inc., d/b/a Fun Spot is a foreign for profit business corporation, registered and authorized to do business in the State of Arkansas.

EXHIBIT
tabbies
A

4. McCall Amusements, Inc., d/b/a Fun Spot, hereinafter Defendant, operates a family amusement center in Eureka Springs, Arkansas.

5. Plaintiff entered upon Defendant's property for the purposes of paying to use a softball batting cage at Defendant's place of business when she fell off an unmarked 9-inch drop off. Defendant fell striking the cement and sustaining a broken left wrist, broken left ankle, injury to her ribs, and broken bones in her eye socket.

6. Defendant failed to maintain the premises in a reasonable and safe manner and failed to warn of a dangerous condition on its property.

7. Defendant knew, or in the exercise of reasonable care should have known, that the drop off would greatly increase the risk that patrons, including Plaintiff, would trip and fall on the premises.

8. Defendant negligently failed to warn Plaintiff of the aforementioned dangerous conditions on the premises when they knew, or in the exercise of reasonable care should have known, that such conditions existed.

9. As a direct and proximate result of Defendant's negligence, Plaintiff fell and sustained serious personal injuries to her body, has incurred past medical expenses, will incur future medical expenses, has suffered severe mental anguish, pain and suffering, and has suffered a permanent impairment to her body.

WHEREFORE, Plaintiff, Debbie Smith, prays for judgment against Defendant McCall Amusements, Inc, d/b/a Fun Spot, in excess of the statutory federal requirements;

compensation for damages as alleged in this Complaint and for all other just and proper relief to which she is entitled.

Respectfully Submitted,

NOLAN, CADDELL & REYNOLDS, P.A.

By:______________________________

David L. Borland, ABA# 95030
Nolan, Caddell & Reynolds, P.A.
122 North 11th Street
P.O. Box 184
Fort Smith, AR 72902
Telephone: (479) 782-5297
Facsimile: (479) 782-5184
*Counsel for Plaintiff*

**PLAINTIFF DEMANDS TRIAL BY JURY**