WESTERN DISTRICT COURT ... ARKANSAS
FILED
AUG 2 1 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DEBBIE SMITH** **PLAINTIFF**

**v.** **Civil Action No. 06-3049**

**McCALL AMUSEMENTS, INC.,**
**d/b/a FUN SPOT** **DEFENDANT**

**ANSWER**

COMES NOW Defendant, McCall Amusements, Inc., by and through its attorneys, and for its Answer to the Complaint of the Plaintiff, states as follows:

1. Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendant admits that the accident complained of occurred in Carroll County, Arkansas. Defendant is without insufficient information to admit or deny the remaining allegations contained in paragraph 2 of Plaintiff's Complaint and, therefore, denies the same.

3. Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant admits that it operated a family amusement center in Eureka Springs, Arkansas.

5. Defendant denies the allegations contained in paragraph 5 of Plaintiff's Complaint. Defendant denies any allegations of negligence or fault in general and, in particular, those set out in paragraph 5 of Plaintiff's Complaint.

6. Defendant denies the allegations contained in paragraph 6 of Plaintiff's Complaint. Defendant denies any allegations of negligence or fault in general and, in particular, those set out in paragraph 6 of Plaintiff's Complaint.

7. Defendant denies the allegations contained in paragraph 7 of Plaintiff's Complaint. Defendant denies any allegations of negligence or fault in general and, in particular, those set out in paragraph 7 of Plaintiff's Complaint.

8. Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint. Defendant denies any allegations of negligence or fault in general and, in particular, those set out in paragraph 8 of Plaintiff's Complaint.

9. Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint. Defendant denies any allegations of negligence or fault in general and, in particular, those set out in paragraph 9 of Plaintiff's Complaint.

10. Defendant denies each and every allegation contained in Plaintiff's Complaint except such allegations as are specifically admitted herein.

11. Defendant affirmatively pleads that Plaintiff's Complaint fails to state facts upon which relief can be granted.

12. Defendant denies that Plaintiff was injured or that she was injured to the extent to which she claims she was injured.

13. Defendant affirmatively pleads the protections afforded by the Arkansas Tort Reform Statute.

14. Defendant states that if the Plaintiff sustained damages as alleged in her Complaint, which Defendant denies, said damages were proximately caused, occasioned and contributed to by the negligence and/or fault of the Plaintiff and/or some other person, firm and/or corporation for whose actions this Defendant is in no way responsible. The negligence of the Plaintiff was of sufficient degree to constitute a complete bar to the Plaintiff's cause of action or in the alternative to reduce and diminish her recovery.

15. Defendant affirmatively pleads all applicable defenses pursuant to Rule 8 of the Federal Rules of Civil Procedure which may be applicable after discovery.

16. Defendant is filing this Answer prior to the completion of its investigation and discovery and reserves the right to file amended and substituted pleadings.

17. Defendant respectfully requests a trial by jury.

WHEREFORE, Defendant prays that the Court enter an Order dismissing the Complaint, for costs and attorney fees, and for any and all other relief to which they may be entitled.

Respectfully submitted,

SMITH, MAURRAS, COHEN, REDD &
HORAN, PLC
1120 Garrison Avenue, Suite 200
P.O. Box 10205
Fort Smith, AR 72917-0205
(479) 782-1001

By: ______________________
R. Scott Zuerker
Ark. Bar No. 94129

**CERTIFICATE OF SERVICE**

I, R. Scott Zuerker, do hereby certify that a true and correct copy of the foregoing pleading was served by U.S. mail on this 17th day of August, 2006 to:

Mr. David Borland
Nolan, Caddell & Reynolds, P.A.
P.O. Box 184
Fort Smith, AR 72902

R. Scott Zuerker