**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DEBBIE SMITH** **PLAINTIFF**

**VS.** **Civil Action No.: 3:06-cv-3049**

**McCALL AMUSEMENTS, INC.,**
**d/b/a FUN SPOT** **DEFENDANT**

# BRIEF IN SUPPORT OF MOTION FOR REMAND

## Facts

Plaintiff, Debbie Smith, filed her original Complaint in the Circuit Court of Carroll County, Arkansas on June 19, 2006. Defendant McCall Amusements, Inc., d/b/a Fun Spot filed its Notice of Removal to United States District Court on August 21, 2006.

Plaintiff's original Complaint filed in Arkansas State Court asserts a cause of action for common law negligence against the Defendant. Plaintiff's claim is not founded upon a claim arising under the U.S. Constitution, treaties or laws of the United States and Defendant does not assert that Plaintiff's claim is so based. Defendant's sole argument in removing this action to Federal District Court is diversity of citizenship between the parties. Plaintiff now challenges Defendant's removal to Federal District Court and seeks remand to the District Court of Carroll County, Arkansas.

## Law and Argument

28 U.S.C. §1441(b) reads as follows:

> "Any civil action of which the district courts have **original jurisdiction** founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to citizenship residence of the parties.

> Any **other** such action shall be removable **only** if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

Citizenship as it relates to personal jurisdiction and diversity is defined for a corporate entity by more than just determining the state in which it may be incorporated. Pursuant to 28 U.S.C. §1332(c)(1) "… a corporation shall be deemed to be a citizen of any State by which it is incorporated and of the State where it has its principal place of business.", (emphasis added). While Defendant may be incorporated in Missouri, the mere statement or claim that its principal place of business is in Ozark, Missouri, does not entirely resolve the issue of Defendant's citizenship under the law, *See Capitol Indemnity Corporation v. Russellville Steel Company, Inc.*, 367 F. 3d 831, (8th Cir. 2004).

Removal of this action to Federal District Court is improper where the Defendant's principal place of business is determined to be the same State in which this action was brought. Since the Defendant has its principal place of business in the State of Arkansas it is considered a citizen of the State of Arkansas pursuant to 28 U.S.C. §1332(c)(1).

The lawsuit of the Plaintiff asserts a cause of action for common law negligence. If the Defendant has the right to remove this state court action, removal would have to be based on diversity. Defendant, as the party seeking removal to Federal Court, has the burden of proving complete diversity of citizenship where diversity is challenged, *Blakemore v. Missouri Pacific R.R. Co.*, 789 F.2d 616, 618, (8th Cir. 1986). Plaintiff challenges Defendant's claim of diversity of citizenship and asserts that Defendant's principal place of business is in Eureka Springs, Carroll County, Arkansas.

**Conclusion**

Unless Defendant can demonstrate complete diversity of citizenship under the law with specific factual evidence, removal of this action is prohibited by 28 U.S.C. §1441(b) and this Court should deny removal and remand the case to the State Court.

Respectfully submitted,

By: **/s/ David L. Borland**

David L. Borland, Ark Bar #95030
Attorney for Plaintiff
Nolan, Caddell & Reynolds, P.A.
P.O. Box 184
Fort Smith, AR 72902
Telephone: 479-782-5297
Facsimile: 479-782-5184
E-Mail: dborland@justicetoday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

R. Scott Zuerker
Attorney for Defendant
Smith, Maurras, Cohen, Redd & Horan, PLC
P.O. Box 10205
Fort Smith, AR 72917-0205

By: **/s/ David L. Borland**
David L. Borland, Ark Bar #95030
Attorney for Plaintiff
Nolan, Caddell & Reynolds, P.A.
P.O. Box 184
Fort Smith, AR 72902
Telephone: 479-782-5297
Facsimile: 479-782-5184
E-Mail: dborland@justicetoday.com