**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DEBBIE SMITH** **PLAINTIFF**

**v.** **Civil Action No. 06-3049**

**McCALL AMUSEMENTS, INC.,**
**d/b/a FUN SPOT** **DEFENDANT**

**MOTION TO DISMISS WITH PREJUDICE**

Comes now the Plaintiff, Debbie Smith, and voluntarily dismisses her Complaint against Defendant, McCall Amusements, Inc., d/b/a Fun Spot, pursuant to the Settlement Agreement by and between the parties.

WHEREFORE, the Plaintiff, Debbie Smith, prays that her Complaint against Defendant, McCall Amusements, Inc., d/b/a Fun Spot, be dismissed with prejudice.

**By:** **/s/ David L. Borland**
David L. Borland, Ark. Bar #95030
Attorney for Plaintiff
Nolan, Caddell & Reynolds, P.A.
P.O. Box 184
Fort Smith, AR 72902
Telephone: 479-782-5297
Facsimile: 479-782-5184
E-Mail: dborland@justicetoday.com

APPROVED BY:

_**/s/ R. Scott Zuerker**_________________
R. Scott Zuerker, Attorney for Defendant,
McCall Amusements, Inc., d/b/a Fun Spot

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing on the following:

R. Scott Zuerker
Smith, Maurras, Cohen, Redd & Horan, PLC
1120 Garrison Avenue, Suite 200
P.O. Box 10205
Fort Smith, AR 72917

**/s/ David L. Borland**________________
David L. Borland