```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

DEBBIE SMITH                                              PLAINTIFF

       v.            Civil No. 06-3049

McCALL AMUSEMENTS, INC.
d/b/a FUN SPOT                                            DEFENDANT

### O R D E R

NOW on this 2nd day of May 2007, comes on for consideration Plaintiff's **Motion to Dismiss with Prejudice** (document #13), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's complaint is dismissed with respect to all claims against Defendant.

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**